JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
John Johnson

## DEFENDANTS
LexisNexis Group and LexisNexis Risk Solutions Bureau, LLC

**(b)** County of Residence of First Listed Plaintiff: **Chester Cty, PA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Montgomery Cty, PA**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Vicki Piontek, Esquire
Piontek Law Offices
951 Allentown Rd, Lansdale, PA 19446

Attorneys *(If Known)*
Sharon F. McKee, Esquire
Hangley Aronchick Segal Pudlin & Schiller,
One Logan Sq., 27th Fl., Philadelphia, PA 19103 T: 215-568-6200

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | | | ☐ 480 Consumer Credit |
| | | | **LABOR** / **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | | ☐ 862 Black Lung (923) | |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | ☐ 362 Personal Injury - Med. Malpractice / ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 220 Foreclosure | ☐ 441 Voting | | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | | ☐ 535 Death Penalty | **IMMIGRATION** | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. Section 1681
Brief description of cause:
Alleged Violations of FCRA

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: March 5, 2013
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

JOHN JOHNSON                                            :
                                                        :
                                                        :
v.                                                      :    No.:
                                                        :
LEXISNEXIS GROUP,                                       :
LEXISNEXIS RISK SOLUTIONS BUREAU, LLC,:
LEXISNEXIS RISK SOLUTIONS BUREAU, LLC,:
JOHN DOES 1-10, and                                     :
X,Y, Z CORPORATIONS                                     :

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See §1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)  Habeas Corpus - Cases brought under 28 U.S.C. §2241
     through §2255.                                                        (     )

(b)  Social Security - Cases requesting review of a decision
     of the Secretary of Health and Human Services denying
     plaintiff Social Security Benefits.                                   (     )

(c)  Arbitration - Cases required to be designated for
     arbitration under Local Civil Rule 53.2.                              (  X  )

(d)  Asbestos - Cases involving claims for personal injury
     or property damage from exposure to asbestos.                         (     )

(e)  Special Management - Cases that do not fall into
     tracks (a) through (d) that are commonly referred to
     as complex and that need special or intense management
     by the court. (See reverse side of this form for a detailed
     explanation of special management cases.)                             (     )

(f)  Standard Management - Cases that do not fall into any
     one of the other tracks.                                              (     )

March 6, 2013            _/s/ Adam T. McK___            LexisNexis Risk Solutions Bureau LLC
    Date                     Attorney-at-Law                  Attorney for

215-568-6200             215-568-0300                   smckee@hangley.com
  Telephone                FAX Number                     E-Mail Address

## Civil Justice Expense and Delay Reduction Plan
## Section 1:03 - Assignment to a Management Track

(a)   The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)   In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management. In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)   The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)   Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)   Nothing in this Plan is intended to supersede Local Civil Rules 3 or 7, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

## SPECIAL MANAGEMENT CASE ASSIGNMENTS
## (See §1.02(e) Management Track Definitions of the
## Civil Justice Expense and Delay Reduction Plan)

Special management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation. The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985. This term is intended to include cases that present unusual problems and require extraordinary treatment. See §0.1 of the first manual. Cases may requires special or intense management by the court due to one or more of the following factors: (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition. It may include two or more related cases. Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class act ions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues. See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA - DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __670 Marshall Road, Glenmoore, PA  19343__
Address of Defendant (LexisNexis Group): __None because there is no such legal entity as LexisNexis Group__
Address of Defendant (LexisNexis Risk Solutions Bureau, LLC): __1000 Alderman Drive, Alpharetta, Fulton County, GA  30005__
Place of Accident, Incident or Transaction: __Pennsylvania__
*(Use Reverse Side For Additional Space)*

Does this civil action involve a non-governmental corporate party with any parent corporation and any publicly held corporation owning 10% or more if its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed. R. Civ. P. 7.1(a))     Yes ☒     No ☐

Does this case involve multi-district litigation possibilities?     Yes ☐     No ☒

*RELATED CASE IF ANY*
Case Number: __12-5611__     Judge __Timothy Savage__     Date Terminated: __November 20, 2012__
Case Number: __12-5610__     Judge __Mitchell Goldberg__     Date Terminated: __January 23, 2013__

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes ☐  No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes ☐  No ☐  Maybe ☒ – not certain because no complaint filed to date.

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?  Yes ☐  No ☒

CIVIL: (Place ☒ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act - Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor - Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
(Please specify) __FCRA, 15 USC § 1681, et seq.__

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability - Asbestos
9. ☐ All other Diversity Cases
(Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate category)*

I, _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that, to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000 exclusive of interest and cost;

☐ Relief other than monetary damages is sought

DATE:_____     _____     _____
                              Attorney-at-Law                                        Attorney I.D. #

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE:_____     _____     _____
                              Attorney-at-Law                                        Attorney I.D. #

## UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA - DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __670 Marshall Road, Glenmoore, PA   19343__
Address of Defendant (LexisNexis Group): __None because there is no such legal entity as LexisNexis Group.__
Address of Defendant (LexisNexis Risk Solutions Bureau, LLC): __1000 Alderman Drive, Alpharetta, Fulton County, GA   30005__
Place of Accident, Incident or Transaction: __Pennsylvania__
*(Use Reverse Side For Additional Space)*

Does this civil action involve a non-governmental corporate party with any parent corporation and any publicly held corporation owning 10% or more if its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed. R. Civ. P. 7.1(a))      Yes ☒      No ☐

Does this case involve multi-district litigation possibilities?      Yes ☐      No ☒

*RELATED CASE IF ANY*
Case Number: __12-5611__      Judge __Timothy Savage__      Date Terminated: __November 20, 2012__
Case Number: __12-5610__      Judge __Mitchell Goldberg__      Date Terminated: __January 23, 2013__

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☐   Maybe ☒ – not certain because no complaint filed to date.

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

CIVIL: (Place ☒ in ONE CATEGORY ONLY)

B. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act - Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor - Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) __FCRA, 15 USC § 1681, et seq.__

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability - Asbestos
9. ☐ All other Diversity Cases
    (Please specify)

### ARBITRATION CERTIFICATION
*(Check appropriate category)*

I, _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that, to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000 exclusive of interest and cost;

☐ Relief other than monetary damages is sought

DATE:_____    _____    _____
                              Attorney-at-Law                              Attorney I.D. #

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE:_____    _____    _____
                              Attorney-at-Law                              Attorney I.D. #

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN JOHNSON<br>670 Marshall Road<br>Glenmoore, PA 19343,<br>　　　　　　Plaintiff,<br>　　　　v.<br>LEXISNEXIS GROUP<br>9443 Springboro Pike<br>Dayton, OH 45342,<br>　　　　and<br>LEXISNEXIS RISK SOLUTIONS BUREAU, LLC<br>1000 Alderman Drive<br>Alpharetta, Fulton County, GA 30005,<br>　　　　and<br>LEXISNEXIS RISK SOLUTIONS BUREAU, LLC<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801<br>　　　　and<br>JOHN DOES 1-10<br>(ADDRESS UNKNOWN),<br>　　　　and<br>X,Y, Z CORPORATIONS<br>(ADDRESS UNKNOWN),<br>　　　　　　Defendants. | : CIVIL ACTION NO.:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF REMOVAL

TO:　UNITED STATES DISTRICT COURT
　　　FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and Federal Rule of Civil Procedure 81(c), Defendant LexisNexis Risk Solutions Bureau LLC hereby files this Notice of Removal of Case No. 2012-09201, from the Court of Common Pleas of Chester County in which it is now pending, to the United States District Court for the Eastern District of Pennsylvania. Defendant LexisNexis Group, which Plaintiff purports to name as a defendant in this case, is not a legal entity, is therefore not a proper party and cannot and has not properly been served.

In support of this Notice of Removal, LexisNexis Risk Solutions Bureau LLC avers as follows:

## I. Background

1. On August 29, 2012, Plaintiff John Johnson (hereinafter "Johnson") initiated this action by filing a Writ of Summons in the Court of Common Pleas of Chester County. A copy of the docket and Writ of Summons are attached hereto as Exhibits A and B, respectively.

2. The Writ of Summons seeks judgment and alleges violations under 15 U.S.C. § 1681, et. seq. *See* Ex. B at Civil Cover Sheet.

3. Johnson did not serve the Writ of Summons on LexisNexis Risk Solutions Bureau LLC or anyone else.

4. LexisNexis Group is not a legal entity, is therefore not a proper party and cannot and has not properly been served.

5. The docket does not reflect service of the Writ of Summons upon LexisNexis Risk Solutions Bureau LLC or LexisNexis Group. *See* Ex. A.

## II. LexisNexis Risk Solutions Bureau LLC Has Satisfied the Procedural Requirements for Removal

6. As required by 28 U.S.C. § 1446(b), this Notice is timely filed as Johnson has not served the Writ of Summons on LexisNexis Risk Solutions Bureau LLC.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

8. No previous application has been made for the relief requested herein.

9. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Johnson and a copy is being filed with the Clerk's office for the Court of Common Pleas of Chester County, Pennsylvania.

### III. This Court Has Subject Matter Jurisdiction Pursuant to 28 U.S.C. § 1331

10. This Court has subject matter jurisdiction over this case because Johnson alleges violations of the Fair Credit Reporting Act ("FCRA") and the Fair and Accurate Credit Transaction Act ("FACTA"), 15 U.S.C. § 1681, *et. seq.*, which arise under federal law. *See* Ex. B at Civil Cover Sheet.

11. This Court has jurisdiction over all civil actions "arising under the Constitution, laws and treaties of the United States" pursuant to 28 U.S.C. § 1331.

12. Accordingly, this case is properly removable under 28 U.S.C. § 1331.

13. By filing this Notice, no defendant waives its right to raise any objection, including without limitation to service of process, sufficiency of process, and defendants specifically reserve the right to assert any defenses and/or objections they are entitled to make, including whether any or all are proper defendants.

**WHEREFORE**, Defendant LexisNexis Risk Solutions Bureau LLC gives notice that the above action now pending in the Court of Common Pleas of Chester County is being removed to this Court.

        HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: _/s/ Sharon F. McKee_
Sharon F. McKee (Pa. I.D. No. 81499)
Bonnie M. Hoffman (Pa. I.D. No. 201140)
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200 (telephone)
E-mail: smckee@hangley.com
       bhoffman@hangley.com

Dated: March 6, 2013       *Attorneys for Defendant LexisNexis Risk Solutions Bureau LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN WINEBURG,<br>                            Plaintiff,<br>v.<br>LEXISNEXIS GROUP,<br>     and<br>LEXISNEXIS RISK SOLUTIONS BUREAU, LLC,<br>     and<br>LEXISNEXIS RISK SOLUTIONS BUREAU, LLC,<br>     and<br>JOHN DOES 1-10,<br>     and<br>X,Y, Z CORPORATION,<br>                            Defendants. | CIVIL ACTION NO.: |

## DISCLOSURE STATEMENT FORM

Please check one box:

☐     The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑     The nongovernmental corporate party, LexisNexis Risk Solutions Bureau LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock: LexisNexis Risk Solutions Bureau LLC is wholly owned by LexisNexis Risk Data Management Inc. LexisNexis Risk Data Management Inc. is wholly owned by Reed Elsevier, Inc. Reed Elsevier Inc. is wholly owned by Reed Elsevier U.S. Holdings Inc. The ultimate parent company of Reed Elsevier U.S. Holdings, Inc. is Reed Elsevier Group plc. Reed Elsevier PLC and Reed Elsevier NV, both publicly held companies, own 10% or more of the stock of Reed Elsevier U.S. Holdings, Inc.

    LexisNexis Group is not a legal entity and therefore does not have a parent corporation and publicly held corporation that owns 10% or more of its stock.

Dated: March 6, 2013

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: _____
Sharon F. McKee (Pa. I.D. No. 81499)
Bonnie M. Hoffman (Pa. I.D. No. 201140)
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200 (telephone)
E-mail: smckee@hangley.com
          bmh@hangley.com

*Attorneys for Defendant LexisNexis Risk Solutions Bureau LLC*

## **CERTIFICATE OF SERVICE**

I, Sharon F. McKee, certify that on March 6, 2013, a copy of the foregoing Notice of Removal and Corporate Disclosure Statement were served via Federal Express upon the following:

>Vicki Piontek, Esquire
>Piontek Law Offices
>951 Allentown Road
>Lansdale, PA  19446
>
>*Attorney for Plaintiff*

_____
Sharon F. McKee

# EXHIBIT A

IFP

# Supreme Court of Pennsylvania
## Court of Common Pleas
### Civil Cover Sheet

Chester County

FILED 2012 AUG [...] TIME STAMP

For Prothonotary Use Only

Docket No: 12-09201

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Transfer from Another Jurisdiction
- ☐ Petition
- ☐ Declaration of Taking

**Lead Plaintiff's Name:** John Johnson

**Lead Defendant's Name:** LexisNexis Risk & Information Analytics

**Are money damages requested?** ☒ Yes ☐ No

**Dollar Amount Requested:** (check one)
- ☒ within arbitration limits
- ☐ outside arbitration limits

**Is this a *Class Action Suit*?** ☐ Yes ☒ No

**Is this an *MDJ Appeal*?** ☐ Yes ☒ No

**Name of Plaintiff/Appellant's Attorney:** Vicki Piontek, Esquire

☐ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

## SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your *PRIMARY CASE*. If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/ Defamation
- ☒ Other: 15 USC 1681 et. seq.

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional:

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☒ Debt Collection: Credit Card
- ☐ Debt Collection: Other
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
- ☐ Other:

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
- ☐ Zoning Board
- ☐ Other:

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other:

Updated 1/1/2011

Arb. 3/8/13 @ 9:00 am

IN THE COURT OF COMMON PLEAS
OF CHESTER COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

FILED
2012 AUG 29  AM 11: 39

OFFICE OF THE
PROTHONOTARY
CHESTER CO. PA.

John Johnson
670 Marshall Road
Glenmoore, PA  19343
Vs.                                Plaintiff
LexisNexis Group
9443 Springboro Pike
Dayton, OH  45342
and
LexisNexis Risk Solutions Bureau, LLC
1000 Alderman Drive,
Alpharetta, Fulton County, Georgia 30005.
and
LexisNexis Risk Solutions Bureau, LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801
and
John Does 1-10
(address unknown)
and
X,Y,Z Corporations
(address unknown)
                          Defendant(s)

12-09201

Jury Trial Demanded

**PRECIPE TO ISSUE WRIT OF SUMMONS**

To: The Prothonotary:

Kindly issue a writ of summons against the Defendant(s) captioned above.

Thank you.

_Vicki Piontek_   8/27/2012
Vicki Piontek, Esquire      Date
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
877-737-8617
palaw@justice.com
Fax: 866-408-6735

IN THE COURT OF COMMON PLEAS
OF CHESTER COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

FILED
2012 AUG 29 AM 11: 39

OFFICE OF THE
PROTHONOTARY
CHESTER CO. PA.

2012- 09261

John Johnson
670 Marshall Road
Glenmoore, PA 19343
Vs.                               Plaintiff
LexisNexis Group
9443 Springboro Pike
Dayton, OH 45342
and
LexisNexis Risk Solutions Bureau, LLC
1000 Alderman Drive,
Alpharetta, Fulton County, Georgia 30005.
and
LexisNexis Risk Solutions Bureau, LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801
and
John Does 1-10
(address unknown)
and
X,Y,Z Corporations
(address unknown)
                              Defendant(s)

Jury Trial Demanded

**WRIT OF SUMMONS**

TO:   LexisNexis Group
      9443 Springboro Pike
      Dayton, OH 45342
      and
      LexisNexis Risk Solutions Bureau, LLC
      1000 Alderman Drive,
      Alpharetta, Georgia 30005.
      and
      LexisNexis Risk Solutions Bureau, LLC
      c/o The Corporation Trust Company
      1209 Orange Street
      Wilmington, DE 19801
      and
      John Does 1-10
      and
      X,Y,Z Corporations

You are notified that John Johnson has commenced an action against you.

SEAL OF
THE
COURT

_[signature]_
Prothonotary

8/29/12
Date

By _Carol Fleming_ dy

# EXHIBIT B

Prothonotary  > Case #2012-09201-TT  > JOHNSON, JOHN VS. LEXISNEXIS GROUP ET AL

Search Again             Case Details                  Print

3/6/2013 11:26 AM

**Case Details**

Case#: **2012-09201-TT**                              Initial Date: **8/29/2012**
Case Type: **OTHER TORT**                             Status: **PENDING**
                                                      Status Date: **8/29/2012**

Judge:        **MAHON, WILLIAM P.**

| Date | Docket Notes |
|---|---|
| 8/29/2012 | **PRAECIPE TO ISSUE WRIT OF SUMMONS - WRIT ISSUED** |
| 8/29/2012 | **0002 - ATTORNEY STATUS** |
|  | **Attorney PIONTEK, VICKI representing Plaintiff JOHNSON, JOHN as of 08/29/2012** |
| 8/29/2012 | **CIVIL COVER SHEET FILED** |
|  | **WRIT OF SUMMONS, MONEY DAMAGES REQUESTED, NON CLASS ACTION SUIT** |
|  | **COVER SHEET SHOWS - LEXISNEXIS RISK & INFORMATION ANALYTICS WHICH IS NOT SHOWN ON THE WRIT** |
| 8/29/2012 | **PRAECIPE TO PROCEED IN FORMA PAUPERIS PURSUANT TO PENNSYLVANIA RULE OF CIVIL PROCEDURE 240 BY VICKI PIONTEK ESQ ATTY FOR PLTF** |
| 8/29/2012 | **EVENT SCHEDULED** |
|  | **Event: ARBITRATION** |
|  | **Date: 03/08/2013 Time: 9:00 am** |
|  | **Judge: ZARB, 20130308 Location: ARBITRATION** |
| 1/15/2013 | **COPIES Receipt: 632694 Date: 01/15/2013** |